United States District Court

Eastern District of California

Devry John Reed,

      Plaintiff,                       No. Civ. S 05-0987 LKK PAN P

  vs.                            Notice

Deuel Vocational Institute,

      Defendant.

-oOo-

    Plaintiff is a prisoner, without counsel, seeking leave to commence an action against prison officials for civil rights violations in forma pauperis pursuant to 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $250.00 filing fee required by 28 U.S.C. § 1914(a). Plaintiff has been assessed an initial payment of $5.00. Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income

1 credited to his trust account.  28 U.S.C. § 1915(b)(2).  The
2 agency having custody of plaintiff is required to forward
3 payments from plaintiff's account to the clerk of the court each
4 time the amount in the account exceeds $10.00 until the filing
5 fee is paid.
6     The clerk of the court shall serve a copy of this notice and
7 a copy of plaintiff's in forma pauperis application upon the
8 Director of the California Department of Corrections and deliver
9 a copy of this notice to the clerk's financial division.
10     Dated:  June 2, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge