United States District Court

Eastern District of California

Devry John Reed,

      Plaintiff,                    No. Civ. S 05-0987 LKK PAN P

  vs.                                Findings and Recommendations

Deuel Vocational Institute,

      Defendant.

-oOo-

    June 3, 2005, the court dismissed plaintiff's complaint for failure to state a claim upon which relief could be granted and explained the complaint's deficiencies, giving plaintiff leave to file an amended complaint correcting those deficiencies. The time allowed for amendment now has expired and plaintiff has not filed an amended complaint.

    Accordingly, I hereby recommend that this action be dismissed for failure to state a claim upon which relief could be granted. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

1    Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these
2 findings and recommendations are submitted to the United States
3 District Judge assigned to this case.  Written objections may be
4 filed within 20 days of service of these findings and
5 recommendations.  The document should be captioned "Objections to
6 Magistrate Judge's Findings and Recommendations."  The district
7 judge may accept, reject, or modify these findings and
8 recommendations in whole or in part.
9    Dated:  December 27, 2005.

                              /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
                            Magistrate Judge