IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEVRY JOHN REED,

     Plaintiff,                    No. CIV S-05-0987 LKK PAN P

     vs.

DEUEL VOCATIONAL INSTITUTE, et al.,

     Defendants.           ORDER

/

        On April 7, 2006, plaintiff filed a motion for appointment of counsel. This civil rights action was closed on March 21, 2006. Plaintiff's motion for appointment of counsel is denied for the reasons set forth in this court's July 29, 2005 order denying plaintiff's prior requests for the appointment of counsel. Moreover, plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

        IT IS HEREBY ORDERED that plaintiff's April 7, 2006 motion for appointment of counsel is denied.

DATED: April 10, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; reed0987.58